# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:24-CR-18 |
| vs. | : | |
| | : | Judge Thomas M. Rose |
| THOMAS FOLEY WRIGHT, | : | |
| Defendant. | : | |

## ORDER RELEASING DEFENDANT TO STATE CUSTODY

It is the order of this Court that the Defendant, Thomas Foley Wright, be released to the custody of the Ohio Department of Rehabilitation and Correction, Adult Parole Authority, so they may address his pending State Post Release Control Violation. After the state proceedings are complete, up to and including serving any state sentence that may be imposed, that the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court.

IT IS SO ORDERED.

July 25, 2024

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT